**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1774**

---

AUNDRAY TRIBEXAR,

       Plaintiff - Appellant,

    v.

UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA RICHMOND DIVISION,

       Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:25-cv-00375-DJN)

---

Submitted:  September 25, 2025                    Decided:  September 30, 2025

---

Before GREGORY and WYNN, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Aundray Tribexar, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Aundray Tribexar appeals the district court's order dismissing his 42 U.S.C. § 1983 action pursuant to 28 U.S.C. § 1915(e)(2).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment.  *Tribexar v. U.S. Bankr. Ct.*, No. 3:25-cv-00375-DJN (E.D. Va. June 17, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*